UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA A. BROUGHAM | No. 1:22-cr-00152-JAW |

**PROSECUTION VERSION OF THE OFFENSE**

On about October 15, 2022, in the District of Maine, the defendant by force, violence, and intimidation, did take from the person or presence of another money, namely $1,120, belonging to and in the care, custody, control, management, and possession of Camden National Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC"). In committing such offense, the defendant did put in jeopardy the life of another person by the use of a dangerous weapon.

Specifically, on October 15, 2022, at approximately 11:15 a.m., the defendant entered the Camden National Bank on Armory Street in Augusta, Maine, wearing a brimmed hat and a standard COVID-19 mask over his face. At that time, there were no other customers in the bank and two bank employees were working. Video surveillance footage from the bank showed that after waiting in the bank lobby for a short period of time, the defendant approached the bank counter and began speaking with the bank teller. After a brief conversation with the teller, the defendant placed a newspaper he had been holding on the counter and pulled out a silver handgun. He placed the handgun on the counter in the direction of the bank teller and told her to give him "all the money in the drawer."

The bank teller took money from the cash drawer and placed it on top of the newspaper. The defendant told her he wanted "the rest of it," and the teller grabbed the rest of the money from the drawer and placed it on top of the newspaper. The defendant then folded up the newspaper and left the bank with the money. Bank employees were able to determine that the defendant had taken approximately $1,120 from the bank.

Detectives with the Augusta Police Department obtained and reviewed video surveillance from Camden National Bank and local businesses in the area. Through that surveillance, detectives observed the defendant's movements after the robbery and saw him flee to the area of a nearby parking lot. Shortly after the defendant fled there, detectives observed a gold GMC Yukon leave that parking lot. The detectives obtained a list of similar GMC Yukons that were registered in the local area and learned that the defendant was associated with a 2002 gold GMC Yukon. Detectives researched known photographs of the defendant and observed that the defendant matched the physical description of the robbery suspect from the surveillance footage. Like the suspect in the footage, the defendant had attached ear lobes, he had a similar body type, and he had similarly shaped eyes/eyelids.

On October 19, 2022, four days after the robbery, a patrol officer with the Augusta Police Department located a gold GMC Yukon that matched the one from the robbery surveillance. The officer followed the vehicle to a convenience store, where the defendant parked the vehicle and went inside the store. When the defendant left the store, the officer placed him in handcuffs. The defendant responded by asking the officer, "For theft, really?" A detective observed that the markings on the GMC Yukon driven by the defendant matched those on the GMC Yukon from the robbery surveillance. Like the GMC Yukon from the robbery surveillance, the GMC Yukon

driven by the defendant had a black bug guard on the front of it, damage to the front wheel well, and a sticker on the driver's side rear window.

On October 20, 2022, law enforcement obtained and executed a search warrant for the GMC Yukon that the defendant had been driving. Inside the vehicle, in a jacket pocket, law enforcement found a handgun magazine that was loaded with seven Hornady .380 caliber bullets. Law enforcement also found a silver Walther PPK/S .380 caliber pistol (unloaded) wedged in the back seat of the vehicle that matched the description of the firearm used during the robbery. A firearms trace was conducted and showed that the pistol was purchased by Casey Brougham, the defendant's uncle, in 2007. On October 20, 2022, law enforcement seized a brimmed hat from Casey Brougham that matched the hat worn by the defendant during the robbery.

FDIC records show that at the time of the above-described bank robbery, the deposits of Camden National Bank were insured by the FDIC.

Had the case proceeded to trial, the Government would have proven the above facts through physical evidence, witness testimony, video surveillance footage, and electronic evidence. Specifically, the Government would have offered the testimony of the detectives and officers with the Augusta Police Department involved in the investigation, as well as other law enforcement witnesses, concerning the events described above. Additionally, the Government would have introduced in evidence the video surveillance from Camden National Bank and nearby businesses, police cruiser footage, and photographs taken during the investigation. The evidence would have included the testimony of non-law enforcement witnesses, including the bank teller and the bank employee who were present at the time of the robbery. The evidence would have been sufficient to prove beyond a reasonable doubt Count 1 of the Indictment.

Date:  April 5, 2024                    Respectfully submitted,

                                                     DARCIE N. MCELWEE
                                                     UNITED STATES ATTORNEY

BY: ***/s/ Alisa Ross***
       Alisa Ross
       Assistant United States Attorney
       United States Attorney's Office
       202 Harlow Street, Room 111
       Bangor, ME  04401
       (207) 945-0373
       Alisa.Ross@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

William Maselli, Esq.
Counsel for Defendant

DARCIE N. MCELWEE
United States Attorney

BY: */s/ Alisa Ross*
Alisa Ross
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Alisa.Ross@usdoj.gov